UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE LUIS NIEVES and ALFREDO POMALES, <br><br> Plaintiffs, <br> VS. <br><br> ROBBIE JOE FORSHEE and EVANS DELIVERY COMPANY, INC., <br><br> Defendants. | § § § § § § § § § § § § § CIVIL ACTION NO. 4:18-CV-00384 |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 2nd day of October, 2019.

_____
Kenneth M. Hoyt
United States District Judge