**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOSE LUIS NIEVES-RIVERA AND** | § | |
| **ALFREDO POMALES** | § | |
| | § | |
| | § | |
| **VS.** | § | **Civil Action No. 4:18-CV-00384** |
| | § | **(JURY)** |
| **ROBBIE JOE FORSHEE, AND** | § | |
| **EVANS DELIVERY COMPANY, INC.** | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE U.S. DISTRICT JUDGE:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), **JOSE LUIS NIEVES-RIVERA** and **ALFREDO POMALES** ("Plaintiffs") and stipulates to the dismissal of this action against **ROBBIE JOE FORSHEE** and **EVANS DELIVERY COMPANY, INC.** ("Defendants"), in its entirety, with prejudice, costs taxed against the party incurring same. A proposed Order of Dismissal is attached for the Court's consideration.

Respectfully submitted,

**PIERCE SKRABANEK PLLC**

By: _____
   **M. PAUL SKRABANEK**
   State Bar No. 24063005
   SDTX No. 919474
   paul@pstriallaw.com
   **BETTY FENG**
   State Bar No. 24089375
   SDTX No. 2924177
   betty@pstriallaw.com
   3707 Kirby Drive, Suite 760
   Houston, Texas  77098
   (832) 690-7000 - Telephone
   (832) 616-5576 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

On November 6, 2019, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

_____

**BETTY FENG**

2