United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE LUIS NIEVES and ALFREDO POMALES, § § § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-00384 |
| § | |
| ROBBIE JOE FORSHEE and EVANS DELIVERY COMPANY, INC., § § § § | |
| Defendants. § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (Dkt. No. 29).

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on this 7th day of November, 2019.

_____
Kenneth M. Hoyt
United States District Judge